1  LAW OFFICES OF BILL LATOUR
2  BILL LATOUR [CSBN: 169758]
    1420 E. Cooley Dr., Suite 100
3      Colton, California 92324
4      Telephone: (909) 796-4560
    Facsimile:  (909) 796-3402
5      E-Mail: Bill.latour@verizon.net
6
7  Attorney for Plaintiff

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| LISA WORTMAN,            ) | No.  EDCV 09-442 AGR |
|     Plaintiff,            ) | ORDER AWARDING EAJA FEES |
| v.                       ) | |
| MICHAEL J. ASTRUE,       ) | |
| Commissioner Of Social Security, ) | |
|     Defendant.            ) | |

    Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

    IT IS ORDERED that EAJA fees are awarded in the amount of TWO THOUSAND SEVEN HUNDRED DOLLARS AND 00/100 ($2,700.00) subject to the terms of the stipulation.

DATE: November 16, 2010    _____
                                     HON. ALICIA G. ROSENBERG
                                     UNITED STATES MAGISTRATE JUDGE